_____ FILED _____ LODGED
_____ RECEIVED

Nov 05, 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  3:24-mj-05364 |
| Plaintiff, | |
| v. | COMPLAINT for VIOLATION |
| CASEY D. COOTS, | Title 18, U.S.C., Section 922(g)(1) |
| Defendant. | |

BEFORE, DAVID W. CHRISTEL, United States Magistrate Judge, U. S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

### (Unlawful Possession of a Firearm)

On or about November 4, 2024, in Cowlitz County, within the Western District of Washington, CASEY D. COOTS, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

Complaint - 1
*United States v. Coots*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

i.   *Residential Burglary* and *Assault in the Third Degree*, in King County Superior Court, under case number 07-1-01869-3, on or about March 24, 2008;

ii.   *Second Degree Theft*, in King County Superior Court under case number 07-1-05376-6, on or about March 24, 2008; and

iii.   *Residential Burglary*, in King County Superior Court, under case number 07-1-05741-9, on or about March 24, 2008,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Ruger 10-22 rifle (bearing serial no. 0019-17047) and a Palmetto State Armory AK-47 rifle (bearing serial no. AKB051378), that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Benjamin Long, being first duly sworn on oath, depose and say:

1.   I became a Special Agent with the Federal Bureau of Investigation (FBI) in 2012. I received detailed training at the FBI Academy to include the topics of search and seizure and violations of Title 18. My current assignment is with the FBI Seattle Field Office, South Sound Joint Terrorism Task Force, investigating a variety of criminal and national security matters, including violent crimes and major offenses such as threats to human life, threats to damage property, and efforts to use violence in support of, or to counter, a particular ideology. As an FBI agent, I have investigated several criminal violations, including cyber and child exploitation crimes, fraud, and international and domestic terrorism. I have participated in the execution of many federal search warrants and served as the affiant for search warrants, including search warrants for electronic evidence. As a federal agent, I am authorized to investigate violations of laws of the

Complaint - 2
*United States v. Coots*

United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

2.    The facts set forth in this Affidavit are based on my personal knowledge; knowledge obtained from other individuals during this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth every fact that I, or others, have learned during this investigation.

3.    Casey D. COOTS, born in 1980, has a criminal history that includes a conviction on March 24, 2008, in King County Superior Court (case no. 07-1-01869-3), for Residential Burglary and Assault in the Third Degree, for which he was sentenced to 75 months in prison; a conviction on March 24, 2008, in King County Superior Court (case no. 07-1-05376-6) for Second Degree Theft, for which he was sentenced to 29 months in prison; and a conviction on March 24, 2008 in King County Superior Court (case no. 07-1-05741-9) for Residential Burglary, for which he was sentenced to 75 months in prison.

4.    FBI agents in Vancouver, Washington, and Portland, Oregon, have been investigating the detonation of incendiary devices on ballot boxes on October 8 and 28, 2024.[1] During that investigation, agents received information that COOTS may be in possession of two firearms, specifically a Ruger 10-22 rifle (bearing serial no. 0019-17047) and a Palmetto State Armory AK-47 rifle (bearing serial no. AKB051378). Title 18, United States Code, Section 922(g)(1) makes it a federal crime for a convicted felon to be in possession of firearms. The information about COOTS' possession of the

---

[1] COOTS is a person of interest in that investigation.

Complaint - 3
*United States v. Coots*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

firearms came first from the individual who gave the firearms to COOTS as collateral for a cash loan about two years ago. That individual did not know COOTS had a felony criminal history.

5.      On November 2 and 3, 2024, that individual and COOTS communicated via text message about the firearms. In one message, COOTS wrote, "There [sic] with me bro! I am not getting rid of them unless it's you or my brother and you would always be in that loop. On my word they are in my trailer right now with my nephew with trigger locks [padlock emoji]." Earlier, COOTS had sent this individual a picture of two Glock pistols, one with a flashlight and sight attached and one with a modified grip. The firearms were laying on top of what appeared to be a Halloween-themed towel (which implies the picture was taken recently). There were also magazines visible in the picture containing ammunition. COOTS wrote that if he sold the two rifles back to the individual, COOTS planned to buy the Glock pistols in the picture.

6.      On November 4, 2024, agents obtained a federal search warrant authorizing the search of COOTS' residence at 372 Insel Road, Woodland, Washington 98674 in Woodland, Washington. The warrant authorized a search of the residence, an RV trailer parked on the property, and vehicles within the property's curtilage. Agents executed the warrant later that day.

7.      During the search of the RV trailer, agents found a Ruger 10-22 rifle (bearing serial no. 0019-17047) and a Palmetto State Armory AK-47 rifle (bearing serial no. AKB051378). Interviews with residents of the main house corroborated that COOTS lived in the trailer and would enter the residence to use the bathroom and the kitchen.

8.      ATF Special Agent Claudia Grigore, an Interstate Nexus Expert, reviewed photos of the Ruger 10-22 rifle and the Palmetto State Armory AK-47 rifle. Based on her training and experience, the rifles were manufactured outside Washington State, meaning they had traveled in and/or affected interstate or foreign commerce prior to COOTS' possession of them.

Complaint - 4
*United States v. Coots*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## CONCLUSION

Based on the above facts, I respectfully submit that there is probable cause to believe that CASEY D. COOTS, having been convicted previously of an offense for which he served more than one year in prison, did knowingly and intentionally possess a firearm, in violation of Title 18, United States Code, Section 922(g)(1).



Digitally signed by
LONG.BENJAMIN.C35W42B31
Date: 2024.11.05 14:37:29
-08'00'

_____
BENJAMIN LONG, Complainant
Special Agent, FBI

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit. Based on the Complaint and Affidavit, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this _____5th_____ day of November 2024.

_____
DAVID W. CHRISTEL
United States Magistrate Judge

Complaint - 5
*United States v. Coots*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800